```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0009--CR (RRB)
                                    "USA V DONALD T. MONZULLA"
                                    DEF 1.1 MONZULLA, DONALD T.

                    Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed:  01/19/05
             Closed:  08/11/05
 No. of Defendants:  1
     MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Mary Jane Haden
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  David A. Nesbett
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 MONZULLA, DONALD T.

Document           Count    Citation and Description                              Disposition

   1 -   1 IND       1      18:922(g)(1), 924(a)(2) FELON IN POSSESSION OF A      Sentenced
                            FIREARM (F)                                           (61-1)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A05-0009--CR (RRB)
                         "USA V DONALD T. MONZULLA"

                              For all filing dates


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 01/19/05
             Closed: 08/11/05
 No. of Defendants: 1


 Document #   Filed      Docket text
 ----------   -----      -----------
 NOTE -  1    01/19/05   [Re: DEF 1] Issued WOA.

     1 - 1    01/19/05   [Re: DEF 1] PLF 1 Indictment.

     2 - 1    01/19/05   [Re: DEF 1] AHB Grand Jury Minutes; in state custody; WOA to issue; writ
                         of h/c ad pros to follow; det per 18:3142.

     3 - 1    01/19/05   [Re: DEF 1] PLF 1 motion (pet) for writ of h/c ad pros.

     4 - 1    01/20/05   [Re: DEF 1] AHB Minute Order that def is not in state custoday; pet for
                         writ of h/c ad pros (3-1) is denied as moot; upon notificaiton of the
                         arrest of def Arr on Indt will be set.  cc: USA, USM, PO, Judge Sedwick

 NOTE -  2    01/28/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 1/27/05.

 NOTE -  3    01/31/05   [Re: DEF 1] USM Notice of Availability.

     5 - 1    02/01/05   [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] re Arraignment on
                         Indictment (held 2/1/05); plea not guilty ct 1 of indictment; det hrg
                         2/5/05 at 3:00 pm; ptm due 2/15/05; fpd appt.  cc: USA, FPD, FPD CJA
                         clerk; USM; USPO, Judge Sedwick

     6 - 1    02/02/05   [Re: DEF 1] AHB Amended Court Minutes [ECR: Elisa Singleton] re
                         Arraignment on Indictment (held 2/1/05); plea not guilty ct 1 of
                         indictment; det hrg 2/4/05 at 3:00 pm; ptm due 2/15/05; fpd appt.  cc:
                         USA, FPD, FPD CJA clerk; USM; USPO, Judge Sedwick

     7 - 1    02/02/05   [Re: DEF 1] AHB Order of Temporary Detention Pending Bail Hearing.  cc:
                         AUSA, FPD, USM, USPO

     8 - 1    02/02/05   DEF 1 Financial Affidavit.

     9 - 1    02/02/05   [Re: DEF 1] AHB Order regarding preparation for trial. cc: AUSA, FPD

    10 - 1    02/03/05   DEF 1 Unopposed motion to vacate detention hearing and to accept det
                         order.

    11 - 1    02/03/05   [Re: DEF 1] AHB Minute Order granting Unopposed motion to vacate
                         detention hearing and to accept det order (10-1); parties advised that
                         order of det pending trial will be issued.  cc: USA, FPD, USM, PO

    12 - 1    02/04/05   [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, FPD, USM, PO

    13 - 1    02/07/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

    14 - 1    02/07/05   [Re: DEF 1] Return of WOA executed on 1/27/05.

 NOTE -  4    02/08/05   Notation: Proposed Trial Date Setting following Arr to USDJ.


 ACRS: R_RDSDX              As of 12/27/05 at 09:10 AM by GARRY                      Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0009--CR (RRB)
                              "USA V DONALD T. MONZULLA"

                                   For all filing dates


 Document #   Filed     Docket text

    14 -  2   02/08/05  [Re: DEF 1] Statistical Notice of arrest defendant arrested 1/27/05.

    15 -  1   02/09/05  [Re: DEF 1] JWS Minute Order setting TBJ on 4/4/05 @ 9:00 a.m. & FPTC
                        for 4/4/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Branson, JC

    16 -  1   02/15/05  DEF 1 Unopposed motion on shortened time for 2 day extension on
                        pre-trial motions deadlines.

    17 -  1   02/16/05  [Re: DEF 1] AHB Order granting Unopposed motion on shortened time for 2
                        day extension on pre-trial mo (16-1); ptms due 2/17/05.  cc: USA, FPD

    18 -  1   02/17/05  DEF 1 motion to dismiss Indictment due to destruction of evidence.

    19 -  1   02/17/05  DEF 1 motion (request) for evidentiary hearing re: 18-1.

    20 -  1   02/17/05  DEF 1 motion to suppress evidence w/att memo

    21 -  1   02/17/05  DEF 1 motion (request) for evidentiary hearing re: dkt 20.

    22 -  1   02/18/05  DEF 1 Unopposed motion to continue trial.

    23 -  1   02/23/05  JWS Order granting unoppo mot to continue 4/4/05 TBJ (22-1); FPTC reset
                        to 5/16/05 @ 8:30 a.m. & TBJ reset to 5/16/05 @ 9:00 a.m.. cc: USA, FPD,
                        USM, USPO, JC, MJ Branson

    24 -  1   02/24/05  [Re: DEF 1] AHB Order of excludable delay re: mot @ dkt 10 from 2/3/05
                        to 2/3/05 (1 day; under code E).

    25 -  1   02/24/05  [Re: DEF 1] AHB Order of excludable delay re: mot @ dkt 16 from 2/15/05
                        to 2/16/05 (2 days; under code E).

    26 -  1   02/25/05  [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss Indictment due
                        to destruction of evidence (18-1), DEF 1 motion to suppress evidence
                        (20-1) w/att exh.

    27 -  1   02/28/05  [Re: DEF 1] AHB Minute Order granting motion (request) for evidentiary
                        hearing re: 18-1 (19-1), motion (request) for evidentiary hearing re:
                        dkt 20 (21-1).  The evid hrg re: def's mot to dismiss at dkt 18 & mot to
                        suppress at dkt 20 is set for 3/8/05 at 10:00 a.m. in Courtroom #5.  cc:
                        AUSA, FPD, USM, USPO

    28 -  1   03/02/05  DEF 1 Unopposed motion on shortened time to continue evidentiary hearing
                        set  3/8/05.

    29 -  1   03/03/05  [Re: DEF 1] AHB Minute Order granting Unopposed motion on shortened time
                        to continue evidentiary hearing set 3/8/05 (28-1).  The evid hrg is
                        continued until 3/17/05 at 10:00 a.m.  cc: AUSA, FPD, USM, USPO

    30 -  1   03/08/05  [Re: DEF 1] PLF 1 Unopposed motion to reschedule evidentiary hearing set
                        3/17/05.

    31 -  1   03/09/05  [Re: DEF 1] AHB Order granting Unopposed motion to reschedule
                        evidentiary hearing set 3/17/05 (30-1).  Evidentiary hrg is reset for
                        3/16/05 at 10:00 a.m.  cc: AUSA, FPD, USM, USPO

    32 -  1   03/16/05  [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] re Evid Hrg Re:
                        Def's Mot to Dismiss Indt (Dkt 18) & Mot to Suppress (Dkt 20) (held
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0009--CR (RRB)
                              "USA V DONALD T. MONZULLA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | 3/16/05); def cnsl's oral mot to cont Granted; hrg cont'd to 3/22/05 at 10:30 am; cal to be kept clear until 3:00 pm; plf exh 1 att.  cc:  USA, FPD, USM, USPO, Judge Sedwick |
| 33 - 1 | 03/16/05 | [Re: DEF 1] PLF 1 Errata re: PLF 1 oppo to DEF 1 motion to suppress evidence (20-1) w/att exh. |
| 34 - 1 | 03/23/05 | [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] re: evid hrg on def's mot to dism indt (dkt 18) & mot to suppress (dkt 20) held 03/22/05; taking under advisement mot to dism indt due to destruction of evidence (dkt 18) & mot to suppress to evidence (dkt 20); R & R to issue. w/att wit, exh list.  cc: USA, FPD, ECR. |
| 35 - 1 | 03/29/05 | [Re: DEF 1] Transcript Re: Evid Hrg re: def's mot to dismiss Indt (dkt 18) and mot to suppress (dkt 20) held (3/22/05). |
| 36 - 1 | 04/01/05 | DEF 1 motion to change the place of trial from Anchorage to Fairbanks w/att memo. |
| 37 - 1 | 04/08/05 | PLF 1 non-opposition to DEF 1 motion to change the place of trial from Anchorage to Fairbanks (36-1). |
| 38 - 1 | 04/19/05 | [Re: DEF 1] JWS Minute Order granting mot to change the place of trial from Anchorage to Fairbanks (36-1); 5/16/05 FPTC & TBJ at 8:30 a.m. & 9:00 a.m., respectively, are set in Fairbanks; all other hrgs or crt appearances will be in Anchorage; case is reassigned by agreement of the judges to Judge Beistline; use A05-009 CR (RRB) on all future filings. cc: USA, FPD, USM, USPO, MJ Branson, JC, Divisional Deputy, Judge Beistline |
| 39 - 1 | 04/22/05 | Initial R&R re: DEF 1 motion to dismiss Indictment due to destruction of evidence. (18-1). Objections due 04/28/05. Reply due 05/04/05. Magistrate Judge recommends that the motion to dismiss should be denied. Objection to be forwardedt to Judge Beistline.  cc: AUSA, MJ Haden, Judge Beistline |
| 39 - 2 | 04/22/05 | Initial R&R re: DEF 1 motion to suppress evidence w/att memo (20-1). Objections due 04/28/05. Reply due 05/04/05. Magistrate Judge recommend the motion to suppress be denied.  Objections to be forwarded to Judge Beistline. cc: AUSA, FPD, Judge Beistline |
| 40 - 1 | 04/22/05 | [Re: DEF 1] RRB Minute Order the FPTC set 5/16/05 is rescheduled for 5/10/05 at 8:45 a.m. in Courtroom #2.  TBJ is set for 5/16/05 at 9:00 a.m. in Fairbanks.  cc: AUSA, FPD, USM, USPO, MJ Branson, JC |
| 41 - 1 | 04/28/05 | DEF 1 objection to R&R re: DEF 1 motion to dismiss Indictment due to destruction of evidence (18-1), DEF 1 motion to suppress evidence (20-1). |
| 42 - 1 | 05/02/05 | DEF 1 motion for bail review hearing. |
| 43 - 1 | 05/04/05 | [Re: DEF 1] AHB Order granting motion for bail review hearing (42-1). cc: AUSA, FPD, USM, USPO |
| 44 - 1 | 05/04/05 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to dismiss Indictment due to destruction of evidence. (18-1), DEF 1 motion to suppress evidence (20-1). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0009--CR (RRB)
                             "USA V DONALD T. MONZULLA"

                                  For all filing dates


 Document #    Filed     Docket text

     45 -  1   05/09/05  [Re: DEF 1] RRB Minute Order denying motion to dismiss Indictment due to
                         destruction of evidence (18-1), motion to suppress evidence (20-1).
                         Court adopts the R&R in its entirety.  cc: AUSA, FPD, USM, USPO, MJ
                         Branson

     46 -  1   05/09/05  DEF 1 motion on shortened time to compel discovery.

     47 -  1   05/09/05  DEF 1 Trial Brief.

     48 -  1   05/09/05  DEF 1 Proposed Jury Instructions

     49 -  1   05/09/05  DEF 1 Voir Dire.

     50 -  1   05/09/05  {SEALED}

     51 -  1   05/10/05  [Re: DEF 1] AHB Court Minutes [ECR: April Karper] re Bail Review Hearing
                         (held 5/6/05); Def oral mot to rls the def w/conditions; DENIED; det
                         cont. cc: USA, FPD, USM, USPO

     52 -  1   05/10/05  [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re PCOP (held
                         5/10/05); def plead guilty to Ct 1 of Indt; IOS set for 8/4/05 at 1:30
                         pm in Fairbanks; def cnsl to submit proposed order to court re:
                         conditional plea; TBJ set for 5/16/05 VACATED; def cnsl requested that
                         def be returned to Fbks  to await sentencing; court asked that def be
                         returned to Fbks; def detained;  Off Record: IOS date changed to 8/5/05
                         at 1:30 pm.  cc: USA, FPD, USM, USPO, MJ Branson

     53 -  1   05/11/05  DEF 1 Notice of conditional plea.

     54 -  1   05/11/05  {SEALED}

     55 -  1   05/12/05  [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] re FPTC (held
                         05/10/05); FPTC & TBJ set for 05/16/05 at 8:30 a.m. in Fairbanks, AK
                         Vacated; PCOP set 05/10/05 at 2:00 p.m. in Anchorage, AK.  cc: USA, FPD,
                         USM, USPO, JC.

     56 -  1   05/12/05  {SEALED}

     57 -  1   07/29/05  DEF 1 Unopposed motion for one-day extension until 8/1/05 to file
                         sentencing memoranda.

     57 -  2   07/29/05  Order granting unopposed motion for one-day extension until 8/1/05 to
                         file sentencing memo (57-1).  cc: AUSA, FPD, USM, USPO

     58 -  1   08/01/05  [Re: DEF 1] PLF 1 Sentencing Memorandum.

     59 -  1   08/02/05  DEF 1 Notice of filing letter w/att letter.

     60 -  1   08/02/05  DEF 1 Sentencing Memorandum w/att exh.

     61 -  1   08/11/05  [Re: DEF 1] RRB Judgment pleaded guilty to count(s) 1 of the Indictment
                         (1-1); sent 42 mos; SR 36 mos; SA $100. cc: USA, FPD, USM, USPO, MJ
                         Roberts, Finance, FLU, def w/cnsls cy

     62 -  1   08/17/05  DEF 1 appeal to 9CCA of (61-1) filed 08/11/05 . cc:USA, FPD, USM, Judge
                         Beistline, 9CCA


ACRS: R_RDSDX               As of 12/27/05 at 09:10 AM by GARRY                   Page 4
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0009--CR (RRB)
                                   "USA V DONALD T. MONZULLA"

                                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 5 | 08/22/05 | Transmittal: Forwarded notice of appeal (62-1) to 9CCA. |
| 63 - 1 | 08/22/05 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (62-1) cc: USA, FPD, USM, Judge Beistliene, 9CCA (original), ECR |
| 64 - 1 | 09/09/05 | [Re: DEF 1] Partial Transcript re IOS (held 8/5/05). |