UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 06/16/06

To: Clerk's Office  ATTN: ( ) CIVIL
    Richard H Chambers U.S. Court of
    Appeals Building
    125 South Grand Avenue  (XXX) CRIMINAL
    Pasadena, CA 91105
    Attn: Adolfo Guzman  ( )JUDGE

From:  Shari Fuhrer
       U.S. District Court
       222 West 7th Avenue, #4
       Anchorage, Alaska 99513

DC No: 3:05-cr-00009  Appeal No: 05-30433

Short title: USA v Monzulla

Composition of Record

Clerk's Files in 2 volumes  (xx) original  ( ) certified copy

    Bulky docs. _____ volumes, docket # _____
                      (folders)

Reporter's in _____ volumes  ( ) original  ( )certified copy
Transcripts

Exhibits:  in _____ envelopes  ( ) under seal

         in _____ boxes  ( ) under seal

Other: **NOTE: 1 Sealed Volume**
        **(certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)

Acknowledgement: _____  Date: _____
"record.app" [11/21/97]