NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUL 19 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff - Appellee,<br><br>v.<br><br>**DONALD T. MONZULLA,**<br><br>Defendant - Appellant. | No. 05-30433<br><br>D.C. No. CR-05-00009-RRB<br><br>ORDER |

RECEIVED
JUL 24 2006
CLERK, U.S. DIST. COURT
ANCHORAGE, ALASKA

This case will be submitted on the briefs and record, without oral argument, on July 27, 2006, in Anchorage, Alaska. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

CATHY A. CATTERSON
CLERK OF COURT

By: *[signature]*
Jennifer Flowers
Deputy Clerk