PROB 12B
(7/93)

# United States District Court

## for the

# District of Alaska

RECEIVED

MAR – 5 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Donald T. Monzulla                    Case Number: 3:05-CR-0009 (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline,  U.S. District Court Judge

Date of Original Sentence:     August 5, 2005

Original Offense:              Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) &
                               924(a)(2)

Original Sentence:             42 months imprisonment, three years supervised release

Date Supervision Commenced: February 15, 2008

### PETITIONING THE COURT

[X]    To modify the conditions of supervised release as follows:

The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test
within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 12
tests per month, at the direction of the probation officer.

### CAUSE

The above modification is sought in order to continue drug testing in this case in compliance with *U.S. v.
Stephens*, No. 04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Respectfully submitted,

**REDACTED SIGNATURE**

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date:  February 27, 2008

Case 3:05-cr-00009-RRB-AHB     Document 70     Filed 03/06/2008     Page 2 of 3

*Request for Modification of Conditions*
*Donald T. Monzulla*
*3:05-CR-0009 (RRB)*

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[ ✓ ]    The Modification of Conditions as Noted Above
[  ]    File a Petition
[  ]    Other:

_____

_____

**REDACTED SIGNATURE**

The Honorable Ralph R. Beistline
U.S. District Court Judge

Date:   March 4, 2008

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v Donald T. Monzulla**                              **Docket No. 3:05-CR-0009 (RRB)**

     I, ___Donald T. Monzulla___ , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

Signed: *Donald T Monzulla*           Date: 2-28-08
       Donald T. Monzulla
       Probationer or Supervised Releasee

Witness: **REDACTED SIGNATURE**           Date: 2.28.2008
       Toni M. Ostanik
       U.S. Probation/Pretrial Services Officer